IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KIM N. THOMAS, | § | |
| | § | No. 331, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2209009093 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: October 4, 2024
Decided: October 22, 2024

### **ORDER**

On September 20, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Kim Thomas, to show cause why this appeal should not be dismissed for Thomas' failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Thomas received the notice on September 23, 2024. A timely response to the notice to show cause was due on or before October 3, 2024. To date, Thomas has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice